| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | Sandy Estrella–Pantaleon<br>First Name    Middle Name    Last Name | Social Security number or ITIN:  xxx–xx–8130<br>EIN:  _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN:  _ _ _ _<br>EIN:  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | District of New Jersey | Date case filed in chapter:   13    9/26/19 |
| Case number: | 19–28282–JNP | Date case converted to chapter:   7    12/27/19 |

Official Form 309A (For Individuals or Joint Debtors)

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at    www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Sandy Estrella–Pantaleon | | |
| 2. | **All other names used in the last 8 years** | aka Froverdy | | |
| 3. | **Address** | 45 Centennial Dr.<br>Hammonton, NJ 08037 | | |
| 4. | **Debtor's attorney**<br>Name and address | Seymour Wasserstrum<br>Law Offices of Seymour Wasserstrum<br>205 West Landis Avenue<br>Vineland, NJ 08360 | | Contact phone (856) 696–8300 |
| 5. | **Bankruptcy trustee**<br>Name and address | Brian Thomas<br>Brian Thomas, Esq<br>327 Central Avenue<br>Suite 103<br>Linwood, NJ 08221 | | Contact phone (609) 601–6066 |

**For more information, see page 2 >**

Debtor **Sandy Estrella–Pantaleon**                                                Case number **19–28282–JNP**

| 6. **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. (800) 676–6856 | 401 Market Street<br>Camden, NJ 08102<br>Additional information may be available at the Court's Web Site:<br>www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays)<br><br>Contact phone 856–361–2300<br><br>Date: 12/30/19 |
|---|---|---|
| 7. **Meeting of creditors**<br><br>**Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.**<br><br>All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **February 6, 2020 at 12:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**1423 Tilton Road, Suite 5, Northfield, NJ 08225** |
| 8. **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9).<br><br>**WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | **Filing deadline: 4/6/20** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

| 12. Exempt property | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |
|---|---|

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-28282-JNP
Sandy Estrella-Pantaleon                                                  Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin          Page 1 of 3          Date Rcvd: Dec 30, 2019
                             Form ID: 309A         Total Noticed: 91

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 01, 2020.
db              +Sandy Estrella-Pantaleon,    45 Centennial Dr.,   Hammonton, NJ 08037-2113
518478089       +Advocare,    PO Box 3001,   Voorhees, NJ 08043-0598
518478090        Affiliated Podiatrists Of SJ,    238 Chestnut Avenue,   Vineland, NJ 08360-5595
518478097       +Atlantic County Special Civil,    1201 Bacharach Blvd.,   Atlantic City, NJ 08401-4510
518478095       +Atlantic County Special Civil,    1201 Bacharach Blvd.,   c/o Bridgeton Onized FCU,
                 Atlantic City, NJ 08401-4510
518478096       +Atlantic County Special Civil,    1201 Bacharach Blvd.,   c/o CitiBank,
                 Atlantic City, NJ 08401-4510
518538272       +Bank of America, N.A.,    P O Box 982284,   El Paso, TX 79998-2284
518478109       +Credit Control,    1900 Charles Bryan Suite 110,   c/o UG Residential Insurance Co,
                 Cordova, TN 38016-5167
518478110       +Credit Control LLC,    PO Box 546,   c/o bank of america,   Hazelwood, MO 63042-0546
518478115       +FEDLOAN Servicing,    PO Box 60610,   Harrisburg, PA 17106-0610
518478119      ++FORSTER & GARBUS LLP,    60 VANDERBILT MOTOR PARKWAY,    P O BOX 9030,   COMMACK NY 11725-9030
                 (address filed with court:  Forster, Garbus & Garbus,    60 Motor Parkway,
                 Commack, NY 11725-5710)
518478117       +Financial Recoveries,    200 E Park Drive Ste 100,   c/o Jefferson Health,
                 Mount Laurel, NJ 08054-1297
518478120       +GC Services Limited Partnership,    PO Box 3855,   Houston, TX 77253-3855
518478121       +Global Credit Collections Corp.,    300 International Drive, PMB # 10015,   c/o home dept,
                 WILLIAMSVILLE, NY 14221-5781
518478126       +Jeffrey A. Weiner, Esq. LLC.,    10 Lake Center Executive Park,    401 Route 73 North, Suite 204,
                 c/o NASPAC1, Pro LLC.,   Marlton, NJ 08053-3426
518478127        Jet Blue card,    PO Box 13337,   Philadelphia, PA 19101-3337
518478130        LabPro Inc,    PO Box 5988,   Carol Stream, IL 60197-5988
518478129       +Laboratory Corp Of America,    P.O. Box 2240,   Burlington, NC 27216-2240
518478131       +Lehigh Valley Toxicology,    3864 Courtney St suite 150,   Bethlehem, PA 18017-8987
518478132       +McCalla Raymer Leibert Pierce LLC,    1544 Old Alabama Rd,   Roswell, GA 30076-2102
518478135       +Midland Funding LLC,    2365 Northside Dr. Cuite 300,   c/o Citibank,   Woodville, TX 75990-0001
518478138       +NJ Higher Education,    P O Box 548,   Trenton, NJ 08625-0548
518497141        Nissan Motor Acceptance,    POB 660366,   Dallas, TX  75266-0366
518478137       +Nissan-Infiniti,    Po Box 660366,   Dallas, TX 75266-0366
518478139       +Northland Group,    PO Box 390846,   Minneapolis, MN 55439-0846
518478140        Office Of Attorney General,    25 Market Street, PO Box 112,   Richard J Hughes Justice Complex,
                 Trenton, NJ 08625-0112
518478142       +PNC Bank,    2730 Liberty Ave,   Pittsburgh, PA 15222-4747
518600287       +PNC Bank, N.A.,    3232 Newmark Drive,   Miamisburg, OH 45342-5421
518478141       +Penn Credit,    PO Box 988,   916 S 14th Street,   Harrisburg, PA 17104-3425
518478145        Pressler & Pressler, LLP,    7 Entin Rd,   Parsippany NJ, NJ 07054-5020
518478146       +Radius Global Solutions LLC,    PO Box 390905,   Minneapolis, MN 55439-0905
518478147        Relievus,    PO Box 7776,   Lancaster, PA 17604-7776
518478148       +Richard Little,    617 Zion Road,   Egg Harbor Township, NJ 08234-7663
518478153      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                 (address filed with court:  State Of New Jersey,    P.O. Box 245,
                 Dept Of Treasury-Division Of Taxation,   Trenton, NJ 08695-0245)
518478152       +South Jersey Gas,    Po Box 577,   Attn: Mrs. DeMarco,   Hammonton, NJ 08037-0577
518478154       +Sunrise Credit Services Inc,    PO Box 9100,   Farmingdale, NY 11735-9100
518478157        TD Bank,    1707 ROUTE 70 E,   Cherry Hill, NJ 08003
518478160       +The State of New Jersey,    Higher Education Student Assistance,   4 Quakerbridge Plaza,
                 Trenton, NJ 08619-1241
518478161       +Town of Hammonton,    100 Central Avenue,   Hammonton, NJ 08037-1676
518478165       +Virtua West Jersey Health Sys,    231 High St,   Mount Holly, NJ 08060-1450
518478167       +WF/Preferred Cust Acct,    PO Box 14517,   Des Moines, IA 50306-3517

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty              E-mail/Text: mylawyer7@aol.com Dec 30 2019 23:25:53     Seymour Wasserstrum,
                 Law Offices of Seymour Wasserstrum,    205 West Landis Avenue,   Vineland, NJ  08360
tr              +EDI: QBTHOMAS.COM Dec 31 2019 03:58:00     Brian Thomas,   Brian Thomas, Esq,
                 327 Central Avenue,    Suite 103,   Linwood, NJ 08221-2026
smg              E-mail/Text: usanj.njbankr@usdoj.gov Dec 30 2019 23:26:59     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 30 2019 23:26:57     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518478088       +E-mail/Text: mary.stewart@abcofcu.org Dec 30 2019 23:27:30     Abco Federal Credit Union,
                 PO Box 247,   Rancocas, NJ 08073-0247
518478091        E-mail/Text: kristin.villneauve@allianceoneinc.com Dec 30 2019 23:26:12     Alliance One,
                 P.O. Box 3110,   Southeastern, PA 19398-3110
518581614        EDI: GMACFS.COM Dec 31 2019 03:58:00     Ally Capital,   PO Box 130424,
                 Roseville MN 55113-0004
518478092       +EDI: GMACFS.COM Dec 31 2019 03:58:00     Ally Financial,   PO Box 380901,
                 Minneapolis, MN 55438-0901

District/off: 0312-1         User: admin              Page 2 of 3              Date Rcvd: Dec 30, 2019
                            Form ID: 309A             Total Noticed: 91


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518478093      +EDI: ARSN.COM Dec 31 2019 03:58:00      Ars National Services Inc,    P.O. Box 463023,
                Escondido, CA 92046-3023
518478094      +E-mail/Text: bankruptcy@pepcoholdings.com Dec 30 2019 23:26:34      Atlantic City Electric,
                5 Collins Drive Suite 2133,    Pepco Holdings Inc, Bankruptcy Division,
                Penns Grove, NJ 08069-3600
518478099       EDI: BANKAMER.COM Dec 31 2019 03:58:00      Bank Of America,    Po Box 982238,
                El Paso, TX 79998
518478101      +EDI: TSYS2.COM Dec 31 2019 03:58:00      Barclays Bank Delaware,    125 S West St,
                Wilmington, DE 19801-5014
518500453      +EDI: AIS.COM Dec 31 2019 03:58:00      Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,
                Oklahoma City, OK 73118-7901
518478103      +EDI: CAPITALONE.COM Dec 31 2019 03:58:00      Capital One Bank USA,    10700 Capital One Way,
                Glen Allen, VA 23060-9243
518478104       EDI: WFNNB.COM Dec 31 2019 03:58:00      Comenity Bank/Express,    PO Box 182789,
                Columbus, OH 43218-2789
518478106      +EDI: WFNNB.COM Dec 31 2019 03:58:00      ComenityCapitalBank/Ulta,    PO Box 182120,
                Columbus, OH 43218-2120
518478107      +EDI: CONVERGENT.COM Dec 31 2019 03:58:00      Convergent,    800 SW 39th St PO Box 9004,
                c/o paypal,    Renton, WA 98057-9004
518478108      +EDI: CCS.COM Dec 31 2019 03:58:00      Credit Collection Service,    PO Box 607,
                c/o progressive,    Norwood, MA 02062-0607
518478112      +EDI: TSYS2.COM Dec 31 2019 03:58:00      DSNB/MACY'S,    Po Box 8218,    Mason, OH 45040-8218
518601941       EDI: Q3G.COM Dec 31 2019 03:58:00      Department Stores National Bank,    c/o Quantum3 Group LLC,
                PO Box 657,    Kirkland, WA  98083-0657
518478111      +E-mail/Text: electronicbkydocs@nelnet.net Dec 30 2019 23:27:01      Dept Of Ed/Nelnet,
                3015 Parker Road, Suite 400,    Aurora, CO 80014-2904
518478113      +EDI: TSYS2.COM Dec 31 2019 03:58:00      Dsnb/macys,    PO. Box 8218,    Mason, OH 45040-8218
518478114       E-mail/Text: bknotice@ercbpo.com Dec 30 2019 23:27:03      ERC,    PO Box 23870,
                Jacksonville, FL 32241-3870
518478122      +EDI: IIC9.COM Dec 31 2019 03:58:00      IC System,    PO Box 64437,
                c/o Advocare Surgical Specialists of Was,    Saint Paul, MN 55164-0437
518478125       EDI: IRS.COM Dec 31 2019 03:58:00      Internal Revenue Service,    P.O. Box 744,
                Special Procedure Branch,    Springfield, NJ 07081
518478128      +E-mail/Text: bncnotices@becket-lee.com Dec 30 2019 23:26:20      Kohls Department Store,
                Po Box 3115,    Milwaukee, WI 53201-3115
518510411       E-mail/PDF: MerrickBKNotifications@Resurgent.com Dec 30 2019 23:29:30      MERRICK BANK,
                Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
518478133       E-mail/PDF: MerrickBKNotifications@Resurgent.com Dec 30 2019 23:29:30      Merrick Bank,
                PO BOx 9201,    Old Bethpage, NY 11804-9001
518478134      +EDI: MID8.COM Dec 31 2019 03:58:00      Midland Credit Mangement,    8875 Aero Drive,
                San Diego, CA 92123-2255
518581495      +EDI: MID8.COM Dec 31 2019 03:58:00      Midland Funding LLC,    Po Box 2011,
                Warren MI 48090-2011
518478143       EDI: PRA.COM Dec 31 2019 03:58:00      Portfolio Recovery,    120 Corporate Blvd STE 100,
                c/o synchrony bank,    Norfolk, VA 23502
518478144       EDI: PRA.COM Dec 31 2019 03:58:00      Portfolio Recovery Associates,
                120 Corporate Blvd Ste 100,    Norfolk, VA 23502
518582812       EDI: PRA.COM Dec 31 2019 03:58:00      Portfolio Recovery Associates, LLC,    c/o Cabela's Club,
                POB 41067,    Norfolk VA 23541
518582815       EDI: PRA.COM Dec 31 2019 03:58:00      Portfolio Recovery Associates, LLC,
                c/o The Home Depot Consumer,    POB 41067,    Norfolk VA 23541
518478150       EDI: RMCB.COM Dec 31 2019 03:58:00      RMCB,    Po Box 1235,
                c/o Laboratory Corporation of America,    Elmsford, NY 10523-0935
518478149       EDI: RMCB.COM Dec 31 2019 03:58:00      RMCB,    Po Box 1235,    Elmsford, NY 10523-0935
518510884      +E-mail/Text: bncmail@w-legal.com Dec 30 2019 23:27:06      SYNCHRONY BANK,
                c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
518478151      +EDI: SALLIEMAEBANK.COM Dec 31 2019 03:58:00      Sallie Mae,    PO Box 3229,
                Wilmington, DE 19804-0229
518589176       EDI: SALLIEMAEBANK.COM Dec 31 2019 03:58:00      Sallie Mae,    P.O. Box 3319,
                Wilmington, DE 19804-4319
518478155       EDI: RMSC.COM Dec 31 2019 03:58:00      Syncb/Wal-Mart,    Po Box 956024,
                Orlando, FL 32896-5024
518478156      +EDI: RMSC.COM Dec 31 2019 03:58:00      Syncb/Walmart Dc,    Po Box 965024,
                Orlando, FL 32896-5024
518482044      +EDI: RMSC.COM Dec 31 2019 03:58:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                PO Box 41021,    Norfolk, VA 23541-1021
518602819      +EDI: RMSC.COM Dec 31 2019 03:58:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
                PO Box 41021,    Norfolk VA 23541-1021
518478158      +EDI: WTRRNBANK.COM Dec 31 2019 03:58:00      TD Bank USA/Target Credit,    PO Box 1470,
                Minneapolis, MN 55440-1470
518478159      +EDI: CITICORP.COM Dec 31 2019 03:58:00      The Home Depot/CBNA,    PO Box 6497,
                Sioux Falls, SD 57117-6497
518478163      +EDI: VERIZONCOMB.COM Dec 31 2019 03:58:00      Verizon,    500 Technology Dr Ste 300,
                Weldon Spring, MO 63304-2225
518478164      +EDI: VERIZONCOMB.COM Dec 31 2019 03:58:00      Verizon Wireless,    Po Box 26055,
                Minneapolis, MN 55426-0055
518478166      +EDI: WFFC.COM Dec 31 2019 03:58:00      Wells Fargo Bank,    P.O. Box 14517,
                Des Moines, IA 50306-3517

```
District/off: 0312-1          User: admin              Page 3 of 3              Date Rcvd: Dec 30, 2019
                             Form ID: 309A             Total Noticed: 91
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
518586879       EDI: WFFC.COM Dec 31 2019 03:58:00     Wells Fargo Bank, N.A.,   PO Box 10438, MAC F8235-02F,
                Des Moines, IA 50306-0438
518478105       EDI: WFNNB.COM Dec 31 2019 03:58:00      comenitycapital/boscovs,   PO Box 182120,
                Columbus, OH 43218-2120
                                                                                       TOTAL: 50
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518478098*    +Atlantic County Special Civil,    1201 Bacharach Blvd.,    Atlantic City, NJ 08401-4510
518478100*    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court:  Bank Of America,    Po Box 982238,    El Paso, TX 79998)
518478118*    +Financial Recoveries,    200 E Park Drive Ste 100,    c/o Jefferson Health,
                Mount Laurel, NJ 08054-1297
518478124*     Internal Revenue Service,    Po Box 725 Special Procedures Fuction,    Springfield, NJ 07081
518478123*    +Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
518478162*    +Town of Hammonton,    100 Central Avenue,    Hammonton, NJ 08037-1676
518478102    ##+Bridgeton Onized Credit Union,    2550 South Main Road,    Vineland, NJ 08360-7138
518478116    ##+Fein ,Such Kahn & Shepard,    7 Century Drive,    Parsippany, NJ 07054-4673
518478136     ##Monarch Recovery Management,    10965 Decatur Road,    Philadelphia, PA 19154-3210
                                                                         TOTALS: 0, * 6, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 01, 2020                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 30, 2019 at the address(es) listed below:
NONE.                                                                          TOTAL: 0